IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:18CR00221 SWW |
| | ) | |
| DEREK WILLIS | ) | |

## THE UNITED STATES OF AMERICA'S RESPONSE TO DEREK WILLIS'S MOTION TO TERMINATE SUPERVISED RELEASE

The United States of America, by Cody Hiland, the United States Attorney for the Eastern District of Arkansas, and Assistant United States Attorney Cameron C. McCree, for its response to Derek Willis's motion to terminate supervised release, states that Willis has completed more than 24 months of his 36-month term of supervised release and has shown sufficient progress in meeting supervision objectives. Additionally, while Willis still owes a substantial restitution balance, Willis's probation officer reports that Willis has been in compliance with his restitution payment schedule and that he has performed well while on supervision. In light of Willis's good behavior and his efforts to address the issues that led to his indictment, the United States has no objection to the early termination of his supervised release.

CODY HILAND
United States Attorney

By: CAMERON C. McCREE (2007148)
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2624
Cameron.McCree@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on August 6, 2020, I filed this response with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record. A copy of this response is being mailed to Derek Willis, 400 Cliff Road, Russell, AR 72802.

CAMERON C. McCREE (2007148)
Assistant U.S. Attorney