# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| | * | |
| V. | * | CASE NO. 4:18CR00221-01 SWW |
| | * | |
| DEREK WILLIS | * | |
| | * | |

## ORDER

Pending before the Court is Defendant Derek Willis's *pro se* motion for early termination of supervised release [ECF No. 2]. The United States has responded [ECF No. 7], stating that it has no objection to the early termination of Willis's supervised release. The United States reports that Willis has completed over 24 months of his 36-month term and has shown significant progress in meeting supervision objectives. The United States further states that while Willis still owes a substantial restitution balance, his probation officer reports that he has complied with his restitution payment schedule and has performed well on supervision.

Without objection, Defendant's motion for early termination of supervised release [ECF No. 2] is GRANTED. IT IS THEREFORE ORDERED that Defendant's remaining term of supervised release previously imposed is hereby

terminated. Defendant, however, remains obligated to continue making restitution payments.

IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2020.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE